EMMA L. HOOD, Plaintiff, and THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* JOHN A. WHITWELL et al., Respondents.

*Hood* v. *Whitwell*, 140 App. Div. 882, affirmed.
(Argued December 15, 1910; decided January 3, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 26, 1910, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term in an action to restrain the defendants from removing a certain building from plaintiff's premises, theretofore appropriated for canal purposes, and for damages.

*Edward R. O'Malley, Attorney-General (Andrew E. Tuck* and *Wilber W. Chambers* of counsel), for appellant.

*Gerald B. Fluhrer* for respondents.

Judgment affirmed, with costs ; no opinion.

Concur : CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.